IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRISTATE CAPITAL BANK, a Pennsylvania state chartered bank, | )<br>)<br>) |
| Plaintiff, | ) Case No.: 2:21-mc-399 |
| v. | ) Judge: _____ |
| CHARLES A. MANTELL, ESQUIRE & DAVID C. NOVICKI, AS CO-EXECUTORS OF THE ESTATE OF LOUIS L. CERUZZI AKA LOUIS CERUZZI AND LOUIS L. CERUZZI, JR., DECEASED, THE ESTATE OF LOUIS L. CERUZZI AKA LOUIS CERUZZI AND LOUIS L. CERUZZI, JR., DECEASED and BVS ACQUISITION CO. LLC, a Delaware limited liability company, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## JUDGMENT

Judgment is hereby entered by confession in favor of Plaintiff TRISTATE CAPITAL BANK against Defendants CHARLES A. MANTELL, ESQUIRE & DAVID C. NOVICKI, AS CO-EXECUTORS OF THE ESTATE OF LOUIS L. CERUZZI AKA LOUIS CERUZZI AND LOUIS L. CERUZZI, JR., DECEASED, THE ESTATE OF LOUIS L. CERUZZI AKA LOUIS CERUZZI AND LOUIS L. CERUZZI, JR., DECEASED and BVS ACQUISITION CO. LLC, a Delaware limited liability company, jointly and severally, in the amount of $8,275,145.11 as of March 31, 2021 together with interest at the default rate thereafter.

_____
Clerk

CLERK'S ENTRY OF JUDGMENT

Date: 4/6/2021

*Lynn Ann Reppar*
Docket Clerk

*Joshua C. Lewis*
Joshua C. Lewis