# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRISTATE CAPITAL BANK, a Pennsylvania state chartered bank, ) ) ) Plaintiff ) ) v. ) ) CHARLES A. MANTELL, ) ESQUIRE & DAVID C. NOVICKI, ) AS CO-EXECUTORS OF THE ) ESTATE OF LOUIS L. CERUZZI ) AKA LOUIS CERUZZI AND ) LOUIS L. CERUZZI, JR., ) DECEASED, THE ESTATE OF ) LOUIS L. CERUZZI AKA LOUIS ) CERUZZI AND LOUIS L. ) CERUZZI, JR., DECEASED and ) BVS ACQUISITION CO. LLC, a ) Delaware limited liability company, ) ) Defendants. ) | Case No.: 2:21-mc-00399-RJC<br><br>Judge: Robert J. Colville |

## ORDER GRANTING MOTION TO PERMIT REGISTRATION OF JUDGMENT

**AND NOW**, upon consideration of the Motion to Permit Registration of Judgment filed by Tristate Capital Bank;

**IT IS HEREBY ORDERED that:**

1. The Motion is GRANTED.

2. Pursuant to 28 U.S.C. § 1963, Tristate Capital Bank is granted leave to register the Judgment (as defined in the Motion) in any jurisdictions in which the Defendants may own assets.

Dated: July 16, 2021
Pittsburgh, Pennsylvania

/s/ Robert J. Colville
Hon. Robert J. Colville
United States District Court Judge